

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00143-CV

**IN RE CHRISTUS SANTA ROSA HEALTH CARE CORPORATION D/B/A CHRISTUS SANTA ROSA HOSPITAL- NEW BRAUNFELS**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               H. Todd McCray, Justice

Delivered and Filed: March 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY STAY DENIED AS MOOT

Relator filed its petition for writ of mandamus and emergency motion for stay on February 23, 2026. Having reviewed the petition, motion, and accompanying record, this court has determined that relator has not established that it is entitled to the relief sought. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The emergency motion for stay is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-CI-03945, styled *Pierson v. Christus Health Care Corporation,* , pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.